**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
JAFA WILHELM, individually and on behalf of
all others similarly situated consumers,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  SEP 7  2018  ★

BROOKLYN OFFICE

                                    Plaintiff,          **STIPULATION OF DISMISSAL**
                                                        **18-cv-00499-ARR-JO**

        -against-


COLLECTION BUREAU OF THE HUDSON
VALLEY INC.,
                            Defendants.
----------------------------------------------------------x

        WHEREAS, the parties to the above-entitled action have resolved the issues alleged

in the complaint in this action, and have negotiated in good faith for that purpose; and

        WHEREAS, the parties in the above-captioned action wish to discontinue the

litigation;

        IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or

their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned

action is hereby dismissed against COLLECTION BUREAU OF THE HUDSON VALLEY INC.

with prejudice and without costs to any party.

Dated: August 31, 2018


/s/ David Palace
_____          _____

DAVID PALACE, ESQ.                 ARTHUR SANDERS. ESQ.
LAW OFFICES OF DAVID PALACE        BARRON & NEWBURGER, P.C.
383 Kingston Avenue, #113          30 South Main Street
Brooklyn, NY 11213                 New City, NY 10956
Phone: (347)651-1077               Phone: (845) 499-2990
davidpalace@gmail.com              asanders@bn-lawyers.com
*Attorney for Plaintiff*           *Attorney for Defendant*

                                           /s/(ARR)        U S D J